**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-7065**

DARRYL LAMONT HUNTER,

Plaintiff - Appellant,

versus

KEVIN MARSEE, Lieutenant for Anderson County
Police Department; PHILLIP WEST, Investigator
for Anderson County Police Department, in
their individual capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry M. Herlong, Jr., District
Judge.  (CA-02-886-0-20BD)

Submitted:  September 30, 2003      Decided:  October 8, 2003

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darryl Lamont Hunter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darryl Lamont Hunter appeals the district court's order accepting a magistrate judge's recommendation to dismiss without prejudice his 42 U.S.C. § 1983 (2000) complaint for failure to show proof of service of process on the Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Hunter v. Marsee</u>, No. CA-02-886-0-20BD (D.S.C. May 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2